IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, et al.,

        Plaintiffs,

vs.

YOCONDA REZABALA,

        Defendant.

No. CIV S- 08-1520 MCE GGH

ORDER

/

        Plaintiffs' amended motion for default judgment presently is calendared for hearing on August 27, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The August 27, 2009 hearing on the amended motion for default judgment, filed July 21, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: August 21, 2009

        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        U. S. MAGISTRATE JUDGE

GGH:076:Sony1520.vac.wpd