UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

SONY BMG MUSIC ENTERTAINMENT ET AL.

                                                  DEFAULT JUDGMENT

   v.

                                                  Case No. CIV S-08-1520 MCE GGH

YOCONDA REZABALA

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

       **YOCONDA REZABALA**

in the amount of $5,250 in statutory damages and $420 in costs.

February 5, 2010

                                                  VICTORIA C. MINOR, CLERK

                                                  By: _/s/NDDuong_____
                                                  NDDuong, Deputy Clerk